AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN _____ District of _____ MASSACHUSETTS

JAE-PIL LEE and JUNG-LA LEE,
    Plaintiffs

V.

NATIONAL RAILROAD PASSENGER CORP.,
D/B/A AMTRAK, JOHN DOE 1, JOHN DOE 2,
JOHN DOE 3

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 03-12555JLT

TO: (Name and address of Defendant)

JOHN DOE 3, ASSISTANT CONDUCTOR OF PASSENGER TRAIN NO. 191
National Passenger Corp., d/b/a
Amtrak
253 Summer Street
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ELLEN R. MASON, ESQ.
Kenneth Halpern & Associates
233 Needham Street
Newton, MA  02464

an answer to the complaint which is served on you with this summons, within ___Twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
**CLERK**

(By) DEPUTY CLERK

February 11, 2004
DATE

SCANNED
DATE: 4-23-04
BY:

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 20, 2004

I hereby certify and return that on 3/8/2004 at 9:23:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Seth Starr, agent, person in charge at the time of service for National Railroad Passenger Corp., at 253 Summer Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

Deputy Sheriff Robert Foscaldo

Deputy Sheriff

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ________ Date ________ *Signature of Server*

*Address of Server*