UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-12555JLT

JAE-PIL LEE AND JUNG-JA LEE,

    Plaintiffs,

vs.

NATIONAL RAILROAD PASSENGER CORP.,
D/B/A AMTRAK, JOHN DOE 1, JOHN DOE
2, JOHN DOE 3

    Defendants



DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. §1746

    I, MARK S. LANDMAN, do hereby declare under pains and penalties of perjury,

    1.    I am a member of the law firm of Landman Corsi Ballaine & Ford P.C., 120 Broadway, New York, New York 10271.

    2.    I was admitted to the bar in the State of New York in 1977, the bar of the State of Pennsylvania in 1997, and the bar of the District of Columbia in 1979.

    3.    I am admitted to appear before the following federal courts: Southern District of New York, Eastern District of New York, Western District of New York, Northern District of New

370756.1 DocsNY

York, District of Columbia, Eastern District of Pennsylvania, Northern District of Illinois, Eastern District of Michigan and the United States Second Circuit Court of Appeals.

4. I have represented the National Railroad Passenger Corporation continuously since 1980.

5. I was an attorney employed by the National Railroad Passenger Corporation from 1980 to 1982, with my last title being "Assistant General Counsel".

6. I have represented the National Railroad Passenger Corporation in the following jurisdictions: New York, New Jersey, Pennsylvania, Florida, The District of Columbia, Missouri, and Federal District Court in Massachusetts. I have a long-standing attorney-client relationship with the National Railroad Passenger Corporation and my experience would greatly benefit the client in this matter.

7. I have never been held in contempt of court, suspended or disbarred by any court. I am a member in good standing of the bar of every jurisdiction in which I have been admitted to practice.

8. I agree to faithfully adhere to the Rules of Court for the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 28, 2004.

_____
Mark S. Landman