```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

JAE-PIL LEE,
    Plaintiff,

    V                                       CA 03-12555-JLT

NATL RAIROAD PSGR.
    Defendant.

## NOTICE OF CANCELLATION AND RE-SCHEDULING

The scheduling conference set for June 24, 2004 has been canceled.

It has been re-scheduled for: July 1, 2004 at 10:30 a.m.

                                    By the court,
                                  /s/
                                _____
                                Zita Lovett
                                Deputy Clerk,
                                (617) 748-9183

6/16/04