UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 15 P 12: 55

U.S. DISTRICT COURT
DISTRICT OF MASS

CIVIL ACTION NO:
03-12555 JLT

JAE – PIL LEE and JUNG-JA LEE )
   Plaintiffs )
  )
v. )
  )
  )
NATIONAL PASSENGER RAILROAD )
SERVICE d/b/a AMTRAK, et al. )
   Defendants )

UNITED STATES DISTRICT COURT
CERTIFICATION

We, Jae-Pil Lee, Jung-Ja Lee and Attorney Ellen Mason, hereby certify that we have conferred using the plaintiff's daughter, Ji Yeon Park, as a translator, regarding the following:

   a)   establishing a budget for the costs of this litigation; and

   b)   the possibility of utilizing alternative dispute resolution programs.

_____
Ellen R. Mason, Esq.
Kenneth Halpern & Associates
233 Needham Street
Newton, MA 02464
(617) 244-2100

Date: 6/14/04

_____
Jae-Pil Lee
c/o Ji Yeon Park
846 Monte Vista
Irvine, CA 92602

Date: 6/11-04

_____
Jung-Ja Lee
c/o Ji Yeon Park
846 Monte Vista
Irvine, CA 92602

Date: 6/11/04

_____
Ji Yeon Park
846 Monte Vista
Irvine, CA 92602

Date: 6/11/2004

# Kenneth Halpern & Associates
Attorneys at Law

Kenneth W. Halpern, Esq.
Ellen M. Rogers, Esq.
Ellen R. Mason, Esq.
Spiro Bartzokis, Esq
Anne C. Connolly, Esq.

233 Needham Street
Newton, MA 02464

Web Site: www.halpernlaw.com
E-Mail: office@halpernlaw.com
Telephone (617) 244-2100
FAX (617) 244-0830

June 14, 2004

United States District Court
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

RE: Jae-Pil Lee
VS: AMTRAK
Civil Action No.: 03-12555JLT

Dear Sir/Madam:

    Enclosed please find the following document:

1.    United States District Court Certification.

    Please file same.

Very truly yours,

Ellen R. Mason

ERM/tt
Enclosure
Cc:   Paul Dwyer, Esq.