UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-12555JLT

JAE-PIL LEE AND JUNG-JA LEE
:
Plaintiffs,
:
:
vs.
:
:
NATIONAL RAILROAD PASSENGER CORP., :
D/B/A AMTRAK, JOHN DOE 1, JOHN DOE 2, :
JOHN DOE 3
:
Defendants
:
:

## JOINT STATEMENT

## PROPOSED PRETRIAL SCHEDULE

The parties, having conferred on June 3, 2004, hereby move the Court that the following pretrial schedule be ordered:

1. **Proposed Discovery Schedule**

    (a) Any initial interrogatories, requests for production and requests for admission to be propounded no later than September 1, 2004.

    (b) Depositions of all fact witnesses to be completed no later than April 1, 2005.

    (c) Plaintiffs to disclose information on expert witnesses required under Fed. R. Civ. P. 26(a)(2) no later than May 30, 2005.

    (d) Defendants to disclose information on expert witnesses required under Fed. R. Civ. P. 26(a)(2) no later than June 30, 2005.

    (e) Expert witness depositions to be completed no later than October 30, 2005.

2. **Proposed Motions Schedule**

   (a) Rule 15, 19 and 21 motions to be filed no later than September 1, 2004.

   (b) Rule 56 motions may be filed at any time but no later than April 1, 2005.

3. **Pretrial Conference**

   (a) Pretrial conference to be scheduled no later than December 1, 2005.

| The Plaintiffs<br>By their attorneys, | The Defendants<br>By their attorneys, |
|---|---|
| /s/ Ellen R. Mason<br>Ellen R. Mason, Esquire, BBO#561744<br>Kenneth W. Halpern, Esquire<br>Kenneth Halpern & Assoc.<br>233 Needham Street<br>Newton, MA 02464<br>(617)244-2100<br>(617)244-0830 | /s/ Paul E. Dwyer<br>Paul E. Dwyer, Esquire, BBO #553848<br>EDWARDS & ANGELL, LLP<br>2800 Financial Plaza<br>Providence, RI 02903<br>(401) 274-9200<br>(888) 325-9040 Facsimile |

ENTERED as an Order of this Honorable Court on this ____ day of _____, 2004.

_____
Hon. Joseph L. Tauro
United States District Court Justice