UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JAE-PIL LEE and JUNG-JA LEE, | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 03-12555-JLT |
| | * | |
| NATIONAL RAILROAD PASSENGER | * | |
| CORP., d/b/a AMTRAK, JOHN DOE 1, | * | |
| JOHN DOE 2 and JOHN DOE 3, | * | |
| Defendants. | * | |
| | * | |

ORDER

July 6, 2004

TAURO, J.

After a conference on July 1, 2004, this court hereby orders that:

1. Plaintiffs may depose the following individuals: (1) Clifford B. Higgins, (2) Alan Craven, (3) Kendra Jackson, (4) Larry Soloman, (5) Fred Higgins, (6) John Leselva, (7) Clifford Tucker, (8) Paul Lachey, and (9) Stephen McGovern;

2. Plaintiffs may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant National Railroad Passenger Corp.;

3. Defendant may depose the following individuals: (1) Dr. David Burke, (2) Dr. Mark Genero, (3) Dr. David Pilgrim, (4) Jae-Pil Lee, (5) Jung-Ja Lee, (6) Seung-Han Lee, (7) Jisoo Im, and (8) Yongjin Im;

4. The abovementioned depositions must be completed by April 1, 2005;

5. No further discovery is permitted without leave of this court; and

6. A Further Conference will be held on April 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                        /s/ Joseph L. Tauro
                                        United States District Judge