UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAE-PIL LEE AND JUNG-JA LEE, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 03-12555-JLT |
| | * | |
| NATIONAL RAILROAD PASSENGER | * | |
| CORP., D/B/A AMTRAK, JOHN DOE 1, | * | |
| JOHN DOE 2, JOHN DOE 3, | * | |
| | * | |
| Defendants. | * | |

## ORDER

April 11, 2005

TAURO, J.

After the Further Conference held on April 11, 2005, this court hereby orders that:

1. Plaintiffs may depose (1) John LeSelva, (2) Steven McGovern, (3) the person(s) who made announcements at Rte. 128 station on the day of the incident, (4) Defendants' two Fed. R. Civ. P. 30(b)(6) designees, and (5) Defendants' expert witnesses;

2. Plaintiffs may request the additional information identified in open court through their Rule 30(b)(6) subpoenas;

3. Defendants may depose Plaintiffs' business accountant and expert witnesses;

4. Defendants shall produce, if such information exists: (1) The tables with speed limits identified by Plaintiffs, (2) information regarding the number of passengers on Train #191, (3) identification of all cars of Train #191, (4) a list of all people with whom Mr. Lee interacted after the incident, and (5) Defendants' passenger

       pamphlet regarding emergency door release;

5.      As indicated in open court, Plaintiffs shall produce the records of conversations between Plaintiffs and Defendants by April 25, 2005;

6.      Plaintiffs shall designate expert witnesses by May 11, 2005;

7.      Defendants shall designate expert witnesses by June 10, 2005;

8.      The Parties shall complete all discovery by August 31, 2005;

9.      No further discovery will be permitted without leave of this court; and

10.     A Pretrial Conference is scheduled for September 6, 2005 at 10:15 a.m.

IT IS SO ORDERED.

                                                                  /s/ Joseph L. Tauro  
                                                           United States District Judge