# Operations

## Initial Terminal Trainlined Door Inspection Procedures

## Standards Update

**Train Service Employees**

**Update Number:** 04-04

**Issue Date:** 02/17/04

**Approved By:** David Nogar

**Contact:** Pamela Montgomery

**Telephone:** ATS 734-2127

**Page:** 1 of 2

Operations Standards Updates and Service Advisories are available on the Amtrak Intranet.

AMTRAK is a registered service mark of the National Railroad Passenger Corporation.

**Amtrak®**

### Background

Recently there have been several instances of trainlined doors opening on the opposite side of the train from which they were keyed, creating an extremely dangerous situation for passengers and crew. The following initial terminal inspection procedure has been developed to catch future potential occurrences of such a failure and prevent possible injury or loss of life.

### Policy

The following Item 4a. is added to Chapter 16 in the *Service Standards for Train Service Employees* on page 16-2:

"4a. Inspection for Proper Operation of Trainlined Doors
*The Conductor, or a member of the train crew designated by the Conductor, will test the continuity and proper operation of trainlined side-entry doors on cars so equipped, by performing the following steps:*

1.) While in position on either end of the consist, key the doors open on the side of the train opposite the platform to be used for boarding at the initial terminal.

2.) Walk through the train verifying that all doors have opened on the activated side, and closed on the platform side.

3.) Key the doors closed, then key doors open on the platform side of the train.

4.) Walk back through the train verifying that doors have opened on the side now activated, and are closed on the opposite side.

5.) Prior to starting the train, the train crew must ensure that all doors are closed prior to departure as required by OSU No. 03-57, dated December 30, 2003."

Any variance from normal trainlined door operation resulting from this inspection should be reported to the proper Mechanical Department personnel at the initial terminal prior to the train's departure.

Where instances are found of unintended door openings during the trainlined door inspection, and the problem cannot be corrected at the initial terminal, trains crews must only key and operate side-entry doors locally, and refrain from any trainlined door operation for the duration of the trip.

At initial terminal locations where train equipment is delivered to the passenger station by a yard or pin-up crew, the aforementioned inspection procedures must be performed by these crews at the primary equipment servicing location rather than at the station, unless otherwise specified by the Division, to avoid delay to the train. In such cases, the yard or pin-up Conductor must communicate to the road Conductor the results of the inspection and the operating condition of the trainlined doors.

When inspecting trainlined door operation on bi-level equipment, such inspections may be made from the ground or station platform.

AMTRAK00111

| Operations | **Initial Terminal Trainlined Door Inspection Procedures (cont.)** |
|---|---|
| **Standards Update**<br><br>Update Number: 04-04<br>Issue Date:    02/17/04<br>Page:             2 of 2<br><br><br>**Amtrak®** | Trainlined door inspections on equipment under blue signal protection must not be made under any circumstances unless permission has been received from the person in charge of the workmen."<br><br>Any failure of trainlined door operation once the train has departed its initial terminal should be reported as required by OSU No. 03-52, dated November 7, 2003. |

AMTRAK00112