# Operations

## Observation of Platforms While Departing Stations

*Standards Update*

**Train Service Employees**

**Update Number: 03-57**

Issue Date: 12/30/03

Approved By: David Nogar

Contact: Pam Montgomery

Telephone: ATS 734-2127

Page: 1 of 1

Operations Standards Updates and Service Advisories are available on the Amtrak Intranet.

AMTRAK is a registered service mark of the National Railroad Passenger Corporation.

**Amtrak®**

### Background

The Northeast Corridor has had a long-standing Timetable Special Instruction providing for the protection against passengers attempting to board or exit moving trains while departing stations. The following provides for similar protection on a system-wide basis.

### Policy

A new General Rule 6.a. is added to Chapter 10 of the *Service Standards for Train Service* and *On-Board Service Employees* on page 10-2 as follows:

"During the course of the Job Briefing, the Conductor will designate himself/herself or another crew member, to be responsible for being positioned in the rear vestibule of the working portion of the train when departing every station. When the train is ready for departure, the crew will signal to the designated employee that it is clear to proceed, and that employee will take the following action:

*High Level Platforms – Trainlined Doors:*
- Key all doors closed, except the rear working door which they are using.
- On equipment where it is not possible to move the train if any door is open, key all forward and rearward doors closed from his/her location, visually verify from the platform that all doors are properly closed, then close the local door.

*High Level Platforms – Non-Trainlined Doors*
- Visually verify from the platform that all doors are properly closed, except the rear working door which they are using.

*Low Level Platforms – Equipment Using Trap Doors*
- On trains equipped with trap doors and when working low level platforms, the traps should always be in the 'closed' position upon departure, with the designated employee observing the station platform from atop the trap.

*Low Level Platforms – Superliners or Commuter Equipment w/o Trap Doors*
- Ascertain that all forward doors are properly closed from his/her location at the rear working passenger portion of the train, close the local door, then observe the platform from the open window of the closed door.
- On equipment where it is not possible to move the train if any door is open, key all forward and rearward doors closed from his/her location, visually verify from the platform that all doors are properly closed, then close the local door.

After observing that all persons on the station platform are clear of the train, signal to the engineer to proceed. The designated employee stationed in the rear working vestibule will continue to observe the platform from the open door/window until the train has completely cleared the station platform, taking any necessary action to prevent passengers from boarding, exiting or otherwise fouling the moving train.

### Northeast Corridor Operations

Special Instructions 940-S1 and 940-A1 remain in effect on the Northeast Corridor, and are not affected in any way by the new General Rule 6.a."

AMTRAK00113

       detrain the passenger at the station that is most convenient and safest for transfer.

2. Place the Coupon A in the train pouch as a non-ARROW ticket. Attach C and D to Sales Report copy of the Form NRPC 193, *Conductor/Assistant Conductor Sales Report.*

**Employees on company business travel should receive the same attentive service as revenue passengers.**

### H. Pass Riders

1. *Business Travel*
    a. Employees on company business travel should receive the same attentive service as revenue passengers. This includes services like proper make-up and maintenance of accommodations, necessary information, dining car reservations, wake-up service and baggage assistance. However, employees traveling on company business are not eligible for amenities normally provided to revenue passengers, such as complimentary meals, beverages containing alcohol or gift items.
    b. Pass riders must relinquish seats to revenue passengers should Standing Room Only conditions arise.
    c. Business travelers must relinquish sleeping accommodations in over-sale conditions or if a car has been blanked requiring re-accommodation of full revenue passengers.

2. *Personal Travel*
    a. *Red-White-Blue Pass Policy*
    For trains **originating on the date shown** in the matrices published twice each year, the colors indicate:
    **RED**—High Ridership Train-Days. Pass riders pay 80% of the lowest available fare.
    **WHITE**—Medium Ridership Train-Days. Pass riders pay 80% of the lowest available fare but will get a full refund at the end of the trip if comparable space is available.
    **BLUE**—Low Ridership Train-Days. Pass riders travel free in coach.

AMTRAK00117

Remove Coupon A and give it to the passenger as their invoice. Coupons C and D must always accompany the *Conductor/Assistant Conductor's Sales Report* to the ticket office or to the Ticket Receiver's Office for remittance. Coupon B should be put in the Train Collections Pouch.

It is preferable, if a difficult situation relating to revenue collection arises on a train, to handle customers away from other passengers. Every effort should be made to keep unpleasant and/or embarrassing transactions private.

### C. Passenger Removal — "OFF"

When a passenger understands that they have to pay and can pay yet still refuses or will not sign the COTS form, they should be removed in accordance with Amtrak policies. Complete the COTS for Amtrak's records. Any pertinent information should be noted (e.g., Police Officer Jones, Philadelphia, removed intoxicated passenger for non-payment of fare).

The "OFF" method of payment block should be marked on the COTS. No dollar value should be marked. Coupon A and B are to go into the Train Collections Pouch and Coupons C and D are to be attached to Form NRPC 193. Complete all pertinent blocks. Write N/A for the dollar value.

### D. Prior Erroneous Lift — "PEL"

A Conductor or Assistant Conductor(s) can sometimes tell, or strongly suspect, that a passenger's ticket was mis-lifted. If that is the case, the passenger should be taken to their destination. For example, with a book type ticket, it is often possible to determine an erroneous lift with some degree of certainty because the receipt is punched with every ticket lift and the stubs that are left can be counted.

If the prior erroneous lift can be determined, or if it is in the Conductor's or Assistant Conductor's best judgment, a COTS should be prepared with "PEL" in the method of payment area. Do not indicate a dollar value (write "N/A"). A signature is not necessary. Mark the "PEL" block. A short explanation is necessary. This explanation must include the ticket number. Coupon A is given to the passenger, Coupon B goes into the Train Collections

**Every effort should be made to keep unpleasant and/or embarrassing transactions private.**

November 02                                                                 17-41

AMTRAK00114

    b. If the destination is an unstaffed station, and a party is not there to meet the child, continue to the next staffed station

    c. Upon arrival at the destination (ticketed or otherwise), release the minor child to a responsible party or Station Services Agent

    d. File a report with the Station Supervisor or Agent that includes:
- the name of the child
- the fact that the child under the acceptable age was traveling unaccompanied without a release form
- the child's destination
- to whom the child was released upon arriving at the destination (Station Services, a relative/friend of the child, etc.)
- verification of the identity of child's relative or friend by examination of a valid photo I.D., noting same on the report

### G. Carry-Bys

Passengers must not be carried beyond their ticketed destination. If a passenger is inadvertently taken beyond their destination, the Conductor or Assistant Conductor may issue authorization for return travel to the proper destination.

1. *Return Travel Arrangements*
   - The Conductor/Assistant Conductor must prepare Conductor On-Board Ticket Stock (e.g., Forms 77,80,81,82,83,86,87 or 89) that explains the circumstances of the carry-by, showing the train and date. Indicate the points the passenger overrode in such order that the return coupon (B) will read in the right direction for the passenger to return to their original destination. If known, indicate the next returning train. Check the passenger's identification and put their name and address on the form. Make sure the passenger signs the form.
   - Inform the passenger that the Unticketed Transportation Report (coupon B) is valid only if used on the first returning train, as shown on the form. The Conductor/Assistant Conductor(s) will

AMTRAK00116

Pouch, Coupons C and D are attached to Form NRPC 193 report.

### E. Return Customers/Carry-Bys/Carry-Backs—"RET"

When a passenger is inadvertently "Carried-By" their destination, the Conductor or Assistant Conductor(s) should authorize the return journey, free of charge. Use the COTS to document the "Carry-Back." The circumstances must be described. The "RET" block should be marked. Do not indicate a dollar value. Write "N/A" in the fare blocks. The "FROM" and "TO" should read in the direction of the return journey. Mark the COTS for the next available train, and inform the passenger that this train will get them back to their intended destination. Courtesy should be used in handling these situations at all times.

Give the passenger Coupon A and explain that it is their ticket for the return trip. Coupon B goes into the Train Collections Pouch, Coupons C and D are attached to Form NRPC 193.

### F. Deadheading Employees — "DHD"

Amtrak crew members (such as track gangs) deadheading to or from Amtrak assignments, including from their homes to the work, must use conventional, non-reserved trains whenever possible. Crew members who must use reserved trains or special trains must first get their supervisor's permission and must have their photo pass with them to travel. The Conductor is responsible for completing Form NRPC 3085 *Passenger On-Board Record* to satisfy National Transportation Safety Board (NTSB) recommendations. Remember, when standee conditions exist crew members should ask deadheading employees to give up their seats. If a pass rider refuses or is difficult, ask for their pass and complete a Form NRPC 1502 *Pass Abuse Incident Report.*

AMTRAK00115