EXHIBIT "E"

"DOCUMENT CONTAINS CONFIDENTIAL INFORMATION. MIS-USE OF INFORMATION OR SECONDARY DISSEMINATION MAY RESULT IN CRIMINAL AND CIVIL PENALTIES"

## AMTRAK POLICE DEPARTMENT
## COMPLAINANT/WITNESS STATEMENT

**1. INCIDENT NO.** 00-26112

**2. NATURE OF INVESTIGATION** Passenger Injury

**3. FIC/UCR NO.**

**4. STATEMENT OF:** (Last, First, Middle Name) HIGGINS Clifford B.

**5. DOB** 12/25/48

**6. SEX** male

**7. HOME ADDRESS** 681 State Rd., Unit 11, Plymouth, Ma. 02360

**8. HOME PHONE** 508 224 6984

**9. EMPLOYMENT** (Occupation and Location) Amtrak Assistant Conductor

**10. BUSINESS PHONE**

**11. LOCATION STATEMENT TAKEN** Amtrak Police New Haven office

**12. SOCIAL SECURITY NO.** 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

**13. NAME OF OFFICER TAKING STATEMENT** Clifford W. Tucker Patrolman #368

**14. DATE/TIME STARTED** 12/30/00, 1000

**15. STATEMENT:** I Clifford B. Higgins an assistance conductor on train 191, the 30 Dec. 2000,. I reported for my assignment on train 191 at South Station enroute to New Haven, Ct. The train 191 left South station approximately twenty to twenty-five minutes late due to a mechanical malfunction to the train's engine and brakes. We stopped first a Back Bay station and then stopped at Rt. 128 station approximately at 0710hrs this date. At route 128 I was stationed at car #82006 the rear end, engineer's side. From my open door back all other doors were opened on the engineer's side. After a normal station stop, to alow passengers to board, I checked the platform area and observed no more passengers, I signaled to Assistance Conductor Al Craven approximately three cars back that it was o'kay to proceed and he signaled Conductor Kendra Jackson and then Conductor Larry Soloman. At this time I was able to observe all the train crew signal to each other that it was o'kay to proceed. I boarded the train and were departed from Rt. 128 station. I observed the train doors shut, someone else having keyed them to shut. I checked to assist any passengers still in the vestibule, and then began to work my way back thru coach # 82007 when I was approached by a female passenger who asked me " could you stop the

**16.** I HAVE READ THIS STATEMENT GIVEN BY ME OR I HAVE HAD IT READ TO ME. I FULLY UNDERSTAND IT AND CERTIFY THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION. I UNDERSTAND THAT MAKING A FALSE STATEMENT IS PUNISHABLE BY CRIMINAL PENALTIES.

Signature: C.B. Higgins

**17. DATE/TIME ENDED** 12-30-00, 1100hrs

**18. Page** one **of** two **Pages**

**19. OFFICER OBTAINING SIGNATURE IN BLOCK 16** Clifford W. Tucker #368

**20. PERSON WITNESSING SIGNATURE IN BLOCK 16** Arthur Cinque #240

## AMTRAK POLICE DEPARTMENT
## COMPLAINT/WITNESS STATEMENT

**15. STATEMENT CONTINUATION:** train, someone needs to get off,". At this time the train had already left Rt. 128 station, and I told the woman the the person would have to wait until Providence station to detrain. The woman appearred to take the news calmly and walked away. I continued to collect tickets, working my way back thru the coach, when I came upon the female passenger who was seated approximately half way back in coach # 82007. There were two woman, one man, and one boy in this group. The man, approximately middle thirty years old, asked me If I could call Route 128 Station. I asked him why, to which he replied that he believed his father-inlaw had jumped from the train. I asked him, "Why would he do that?" The man who identifed himself as the son in law stated that his father-inlaw was in good shape and was a very hyper type of person, and that he believed he had jumped off the train after the train left Rt. 128. I was shown a train door on the left side to coach # 43306 which was one car back of 82007. I observed the door which was partially open and slid it all the way open. I then closed the door and appeared to close and lock properly. I do not know how the door came to be ajar. I was told by the son-inlaw who identified himself as Ed Park .. _ that they had attempted to call his father-inlaw on his cellular phone without success. I immediately informed my conductor Larry Soloman of this who learned after making several phone calls that a person had walked into Rt. 128 station who was injured and was transported to the hospital. We arranged for the family members to detrain at Old Saybrook station after they decided they wanted to return to attend to their injured family member who was identified as Jac Pil Lee. I continued on to New Haven, Ct. where I was met by Amtrak supervisor Platt Ron and Officer Tucker C.. C.B.H.

AMTRAK00092