UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12555JLT

| | |
|---|---|
| JAE-PIL LEE and JUNG-JA LEE | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL RAILROAD PASSENGER CORP., d/b/a AMTRAK, JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, | ) ) ) ) |
| Defendants | ) |

## STIPULATION OF DISMISSAL

Now come the parties to the above matter who hereby stipulate to the dismissal of the above matter, with prejudice, and without costs or fees.

Plaintiffs,
JAE-PIL LEE and JUNG-JA LEE
By and Through Their Attorneys,

*/s/ Kenneth H. Halpern*
Kenneth Halpern, Esquire (BBO #218200)
Kenneth Halpern & Assoc.
233 Needham Street
Newton, MA 02464
(617) 244-2100

Defendants,
NATIONAL RAILROAD
PASSENGER CORP.
By and Through Its Attorneys,

*/s/ Paul E. Dwyer*
Paul E. Dwyer, Jr. (BBO #553848)
Edwards & Angell, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200

Dated: 9/16/05

Dated: September 22, 2005

PRV_737587_1/